UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHARLES HARLEY MORRIS, JR. ) | Chapter 11 |
| ) | Case No. 23-40451 |
| DEBTOR(S) ) | |

**CREDITOR PLANTERS BANK, INC.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

**COMES NOW** the Creditor, Planters Bank, Inc., a secured claimant herein, by counsel, and moves the Court to modify the automatic stay on the below-described property. In support of this motion, Planters Bank, Inc. states as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1471, 11 U.S.C. §362(d), 11 U.S.C. §363, and 11 U.S.C. §552(b).

2. This motion is made pursuant to Bankruptcy Rule 4001 and in conformity with Rule 9014.

3. Planters Bank, Inc. has a claim against the estate which is secured by a lien on the Debtor's real property located at 1044 N. Forrest Oak, Henderson, Henderson County, Kentucky (hereinafter known as "real property") and further described as follows:

> BEING Lot 46, Section 1, of the Henderson County Club Estates, Subdivision II, located in Henderson County, Kentucky, a plat of which Subdivision is of record in Plat Book 7, Page 113, in the Henderson County Clerk's Office, and to which plat you are referred for a more particular description of the property.
>
> BEING the same property conveyed to Charles Morris and Caroline Morris, husband and wife, by deed from Jeffrey Tim Skinner and Paula A. Skinner, husband and wife, dated September 29, 2015, of record in Deed Book 613, Page 197, in the Henderson County Clerk's Office.

A copy of Planters Bank, Inc.'s proof of claim number 3-1 is attached hereto as Exhibit A.

4. Planters Bank, Inc. has a lien on said real estate by virtue of a mortgage recorded on October 8, 2015 in Mortgage Book MT 1197, Page 893, Henderson County Clerk's Office.  A copy of said mortgage is attached as Exhibit B.  To further secure said real property, Debtor executed a Promissory Note dated September 29, 2015 in the amount of $375,000.00.  A copy of said note is attached hereto as Exhibit C.  Appendix to Chapter 11 Stay Motion is attached hereto pursuant to Local Rule 4001-1(f).

5. As of November 4, 2024, the Debtor has not made payments to Creditor in accordance with the Promissory Note secured by the Mortgage and the Chapter 11 Plan.  Debtor has not made any payments due for the months of October 2023 through November 2024 in the amount of $37,828.05.  To the best information and belief of the Creditor, this real property is the Debtor's principal residence.

6. As of November 4, 2024, the Debtor is indebted to the Creditor in the principal amount of $113,420.67, plus interest, court costs, expenses attorney fees, and any other charges.

7. The Debtor has no equity in the subject property, and the same is not necessary for an effective reorganization.  Accordingly, pursuant to §362, Planters Bank, Inc. is entitled to have the stay modified so it may proceed to enforce its rights against the residence.

**WHEREFORE**, the Creditor, Planters Bank, Inc., respectfully requests the following relief:

    A.    That the automatic stay be modified as to the Debtor in order that Planters Bank, Inc. may proceed to enforce its rights against the real property listed herein;

    B.    That the Trustee's interest be abandoned pursuant to 11 U.S.C. §554, Bankruptcy Rule 6007(b) and Local Rule 6007-1; and,

    C.    For any and all other relief to which it may appear entitled.

**SO MOVED**, this 7th day of November, 2024.

/s/ Robert E. Ison
Robert E. Ison
ISON & CAVANAH, LLP
612 South Main Street
P.O. Box 648
Hopkinsville, KY  42241
Telephone:   270.886.8272
Facsimile:    270.885.5207
Email:          bison@kihtlaw.com
                    tcoombs@kihtlaw.com
**Counsel for Creditor Planters Bank, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of filing or U.S. Mail to the following:

U.S. Trustee
512 U.S. Courthouse
601 West Broadway
Louisville, KY  40202
(sent via e-notification through CM/ECF)

Michael E. Wheatley
P.O. Box 1072
Prospect, KY 40059
mwheatleytr@gmail.com
**Chapter 11 Trustee**
(sent via e-notification through CM/ECF)

and all other parties listed in this case as well as creditors listed on the Court's current mailing matrix.

**SO CERTIFIED,** this 7th day of November, 2024.

/s/ Robert E. Ison
Robert E. Ison
ISON & CAVANAH, LLP
***Counsel for Creditor Planters Bank, Inc.***