# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Charles Harley Morris, Jr<br><br>Debtor(s) | Case No.:23−40451−crm<br><br>Chapter: 11<br>Judge: Charles R. Merrill |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion for Relief from Stay and Abandonment regarding Real Property located at 1044 N. Forrest Oak, Henderson, Henderson County, KY and Certificate of Service Filed by Creditor Planters Bank, Inc. 214. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 12/12/2024 at 09:30 AM (Central Time) at Owensboro Courthouse, U. S. Courthouse, 423 Frederica Street, Owensboro, KY 42301. cc: service list (AMG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 11/12/24

| | |
|---|---|
| By: AMG<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |