# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| IN RE: Charles Harley Morris, Jr ) | |
| ) | |
| ) | CASE NO. : 23-40451-crm |
| DEBTOR(S) ) | |
| _____ ) | |

## MOTION TO APPEAR TELEPHONICALLY

Comes the Trustee, Michael E. Wheatley, and respectfully moves this Court for permission to appear telephonically for the hearing on creditor's Motion for Relief from Stay and Abandonment regarding Real Property located at 1044 N. Forrest Oak, Henderson, Kentucky currently scheduled for December 12, 2024 at 9:30 AM (Central Time) at the Owensboro Courthouse, U. S. Courthouse, 423 Frederica Street, Owensboro, Kentucky. In support of this Motion, Trustee states as follows:

The Trustee will be conducting Chapter 7 341 meetings on the morning of December 12, 2024. The Trustee believes he can effectively participate telephonically for this hearing.

WHEREFORE, Michael E. Wheatley, Trustee, respectfully requests an Order allowing him to make a telephonic appearance at the hearing scheduled for December 12, 2024 at 9:30 AM (Central Time) at the Owensboro Courthouse, U. S. Courthouse, 423 Frederica Street, Owensboro, Kentucky.

Respectfully Submitted:<br>
/s/ *Michael E. Wheatley*<br>
Michael E. Wheatley, Trustee<br>
P.O. 1072<br>
Prospect, Kentucky 40059<br>
(502) 744-6484<br>
Mwheatleytr@gmail.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 15th day of November, 2024, this motion was served electronically in the method established under CM/ECF Administrative Procedures Manual to the U.S. Trustee, all attorneys of record and to the Debtor's designated representative via email.

/s/ *Michael E. Wheatley*
Michael E. Wheatley, Trustee